IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-340-D

IN RE MURRAY,                          )
Bankruptcy Appeal from Order           )
                                       )
BRANCH BANKING AND TRUST               )
COMPANY,                               )
                                       )
                    Appellant,         )
                                       )
        v.                             )        **ORDER**
                                       )
RICKY V. MURRAY, and                   )
CONNIE B. MURRAY,                      )
                                       )
                    Respondents.       )

On June 2011, Branch Banking and Trust Company filed a motion for leave to appeal interlocutory order [D.E. 2]. On June 21, 2011, respondents Ricky V. Murray and Connie B. Murray responded in opposition [D.E. 3]. The court has considered the motion. The motion for leave to appeal the interlocutory order is DENIED.

SO ORDERED. This **20** day of January 2012.

JAMES C. DEVER III
Chief United States District Judge