IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-340-D

| | | |
|---|---|---|
| IN RE MURRAY, <br> Bankruptcy Appeal from Order <br><br> BRANCH BANKING AND TRUST COMPANY, <br><br> Appellant, <br><br> v. <br><br> RICKY V. MURRAY, and <br> CONNIE B. MURRAY, <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **ORDER** |

On June 2011, Branch Banking and Trust Company filed a motion for leave to appeal interlocutory order [D.E. 2]. On June 21, 2011, respondents Ricky V. Murray and Connie B. Murray responded in opposition [D.E. 3]. The court has considered the motion. The motion for leave to appeal the interlocutory order is DENIED.

SO ORDERED. This 20 day of January 2012.

JAMES C. DEVER III
Chief United States District Judge